

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00241-CV

**EX PARTE** Rigoberto **ACEVEDO**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18410
Honorable Gloria Saldaña, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We order that appellant, the State of Texas, pay all costs of this appeal.

SIGNED June 25, 2014.

_____
Marialyn Barnard, Justice